# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOKIES SF LLC, a California limited liability company; and COOKIES RETAIL PRODUCTS, LLC, a Florida limited liability company;<br><br>Plaintiff(s),<br><br>v.<br><br>CAKE DISTRO, INC., a Wyoming corporation; AK FUTURES LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive<br><br>Defendant(s). | CASE NO. 8:22-cv-01364-JVS (JDEx)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION IN ITS ENTIRETY [51]**<br><br>Judge:   Honorable James V. Selna |

The Court, having considered the parties' stipulation and joint motion, and good cause appearing, Orders that the action including all claims and counterclaims is dismissed with prejudice.  Each side shall bear its own fees and costs incurred herein.

**IT IS SO ORDERED.**

Dated: January 23, 2023

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE